# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PARTY CITY HOLDCO INC., *et al.*,[1] | Case No. 24-90621 (ARP) |
| Debtors. | (Jointly Administered) |
| CRAIG SMITH., *et al.*, | |
| Plaintiffs, | Adv. P. No. 24-03277 (ARP) |
| v. | (Jointly Administered) |
| PARTY CITY HOLDCO, INC., AMSCAN, INC., AM-SOURCE, LLC, PARTY CITY CORPORATION, PARTY CITY HOLDINGS INC., PC INTERMEDIATE HOLDINGS, INC., and TRISAR, INC., | |
| Defendants. | |

**JOINT NOTICE TO THE COURT REGARDING
RULE 7016 CONFERENCE AND RULE 7026 MEETING**
**[Relates to Adv. Dkt. No. 2]**

The above-captioned debtors and debtors in possession and defendants in above-referenced adversary proceeding (collectively, the "**Debtors**" or "**Defendants**") and the Plaintiffs in the above-referenced adversary proceeding (the "**Smith Plaintiffs**") hereby submit this joint notice to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Inc. (1359); Am-Source, LLC (8427); Party City Corporation (3692); Party City Holdings Inc. (3029); PC Intermediate Holdings, Inc. (1229); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

1

the Court in order to apprise the Court of the current status of the adversary proceeding against the Debtors styled *Craig Smith et al. v. Party City Holdco, Inc. et al.*, Adv. Pro. No. 24-03277 (ARP) (Bankr. S.D. Tex.) (the "**Smith WARN Adversary Proceeding**"), including a summary of the parties' meeting for purposes of Rule 7026 and outcomes therefrom.

The Debtors and the Smith Plaintiffs have been in continuous communication over the last several weeks regarding the status of the Smith WARN Adversary Proceeding and the motions anticipated to be filed in that case and the parties are mindful of the need to minimize costs of this litigation to the Debtors' estates for the benefit of all stakeholders.

The Smith Plaintiffs are also planning to file a motion for class certification. As the Court is aware, a second adversary proceeding against the Debtors is currently pending with overlapping claims and issues to the Smith WARN Adversary Proceeding, including a competing request for class certification by the Plaintiffs in that case. *See Gwendolyn Hanlon, et al. v. Part City Holdco, Inc., et al.*, Adv. Pro. No. 24-03273 (ARP) (Bankr. S.D. Tex.) (the "**Hanlon WARN Adversary Proceeding**").

The Debtors and the Smith Plaintiffs have attempted to convene pursuant to Rule 7026(f) of the Federal Rules of Bankruptcy Procedure, including a meeting via Zoom on Wednesday, March 19, 2025; however, the parties agree that development of a proposed discovery plan at this time would be premature and wasteful of the Debtors' limited resources prior to resolution of the Debtors' forthcoming motion to dismiss, the Smith Plaintiffs' forthcoming motion for class certification, and the competing request for class certification currently pending in the Hanlon WARN Adversary Proceeding.

The Debtors and the Smith Plaintiffs are in agreement that efforts should be made to conserve the resources of the Court and the Debtors. To that end they agree that discovery deadlines and disputes should be held in abeyance until after the motions for class certification are fully briefed and decided. However, they disagree on the following issues.

**Debtors' Position**

The Debtors do not believe it is necessary or appropriate to respond to the Smith Plaintiffs' forthcoming motion for class certification in light of the already-pending motion for class certification in the Hanlon WARN Adversary Proceeding, and ask that the Court stay the Debtors' response deadline to any such motion.

**Smith Plaintiffs' Position**

The Smith Plaintiffs strongly oppose any stay or delay in the Debtors' response to their motion for class certification – as that will only result in further delay in the Court's ability to decide on class certification, as both *Hanlon* and *Smith* are seeking certification of the same or a substantially similar class. The Smith Plaintiffs propose that the Court set a briefing schedule with the Debtors' response to their motion for class certification, if any, to be filed on or before April 10, 2025, with the Smith Plaintiffs' Reply be due on Monday April 22, 2025[2].

In the interest of conserving the Debtors resources without delaying the litigation of this action, the Smith Plaintiffs suggest the following discovery protocol be followed during the briefing period: the Smith Plaintiffs shall produce to the Debtors those documents that their clients have provided to them that appear to be relevant to the claims or defenses of the parties and the Debtors shall produce to the Smith Plaintiffs the documents and discovery responses that they have already produced or subsequently produce in the Hanlon WARN Proceeding.

---

[2] Because Passover starts on the night of April 12, 2025, and ends on April 20, 2025, and Easter also falls on April 20, 2025, Plaintiffs are suggesting this longer period to complete their reply.

Respectfully submitted,

March 21, 2025

By: */s/ Megan Young-John*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Heather K. Hatfield (TX Bar No. 24050730)
Jordan T. Stevens (TX Bar No. 24106467)
Grecia V. Sarda (TX Bar No. 24132092)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile:  (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
hhatfield@porterhedges.com
jstevens@porterhedges.com
gsarda@porterhedges.com

and

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Kenneth S. Ziman (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
William A. Clareman (admitted *pro hac vice*)
Alison R. Benedon (admitted *pro hac vice*)
Stephanie P. Lascano (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
kziman@paulweiss.com
chopkins@paulweiss.com
wclareman@paulweiss.com
abenedon@paulweiss.com
slascano@paulweiss.com

*Counsel to the Debtors and the Debtors in Possession*


**AND**

By: */s/ David Harrison*

**HARRISON, HARRISON & ASSOC., LTD.**
David Harrison (admitted pro hac vice)
Julie Salwen (admitted pro hac vice)
110 Highway 35, Suite 10
Red Bank, New Jersey 07701
Telephone: (718) 799-9111
Facsimile: (718) 799-9171
dharrison@nynjemploymentlaw.com
jsalwen@njnjemploymentlaw.com

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

     I hereby certify that, on this 21st day of March, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                        */s/ David Harrison*
                                        David Harrison